# EXHIBIT A

| # | | | |
|---|---|---|---|
| 1 | | Cool Careers for People Who Love to Organize, Manage and Plan<br>Rosen Publishing Group<br>140420752X | Longshoremen<br>I-654-0126<br>VA 1-816-720<br>© Rosen Publishing Group 2007 |
| 1 | | Cool Careers for People Who Love to Organize, Manage and Plan<br>Rosen Publishing Group<br>140420752X | Longshoremen<br>I-654-0126<br>VA 1-816-720<br>© Rosen Publishing Group 2007 |
| 2 | | Cool Careers for People Who Love Manga<br>Rosen Publishing Group<br>1404207546 | Woman Drawing on Notepad<br>42-15209960<br>VA 1-811-724<br>© Rosen Publishing Group |

**3**

| Creating A City Park | Young People Cleaning a Meadow |
|---|---|
| Rosen Publishing Group | I-467-0171 |
| 082398978X | VAu 529-623 |

© Rosen Publishing Group 2004

**4**

| Critical Perspectives on Environmental Protection | Workers in Protective Suits Sampling Lake Water |
|---|---|
| Rosen Publishing Group | I-469-0008 |
| 1404206914 | VAu 529-623 |

© Rosen Publishing Group 2007

**4**

| Critical Perspectives on Environmental Protection | Workers in Protective Suits Sampling Lake Water |
|---|---|
| Rosen Publishing Group | I-469-0008 |
| 1404206914 | VAu 529-623 |

© Rosen Publishing Group 2007

**5**

| Extreme Careers Cryptologists | Teacher Calling on Student in Spanish Class |
| --- | --- |
| Rosen Publishing Group | AX069619 |
| 0823939650 | VA 1-297-358 |

© Rosen Publishing Group 2004

**6**

| Improving Flexability | Teen Ballerina Stretching |
| --- | --- |
| Rosen Publishing Group | A64AYS |
| 9781448832996 | VA 1-867-164 |

© Rosen Publishing Group 2011

**7**

| Levers in My World | Mother and Daughter Doing Arts and Crafts at Home |
| --- | --- |
| Rosen Publishing Group | PE-128-0121 |
| 1404223091 | VAu 529-623 |

© Rosen Publishing Group 2006



| Liquids in My World | Fun in the Water |
| Rosen Publishing Group | PE-033-0397 |
| 1404284210 | VA 1-297-358 |
| © Rosen Publishing Group 2007 | |

8

| Liquids in My World | Fun in the Water |
| Rosen Publishing Group | PE-033-0397 |
| 1404284210 | VA 1-297-358 |
| © Rosen Publishing Group 2007 | |

8

| Duties of the Sect'y of Education | Physically Challenged Student Raising Hand |
| Rosen Publishing Group | PE-271-0111 |
| 1404226923 | VAu 529-623 |
| © Rosen Publishing Group | |

9



| Sedementary Rocks and Rock Cycles | Sandstone Arch in the Valley of Fire |
| Rosen Publishing Group | CSM105735 |
| 1404231951 | VA 1-811-724 |
| © Rosen Publishing Group 2006 | |

10

| Sedementary Rocks and Rock Cycles | Sandstone Arch in the Valley of Fire |
| Rosen Publishing Group | CSM105735 |
| 1404231951 | VA 1-811-724 |
| © Rosen Publishing Group 2006 | |

10

| Taking Action Against Youth Crime | Police Officer with Teen |
| Rosen Publishing Group | O-127-0107 |
| 9781435853461 | VAu 529-623 |
| © Rosen Publishing Group 2010 | |

11

| 11 | | | Taking Action: How to Get Your City to Build a Public Skate Park | Police Officer with Teen | Rosen Publishing Group | O-127-0107 | 1404203419 | VAu 529-623 | © Rosen Publishing Group 2005 |

| 12 | | | The Hoover Dam | Students Working Together | Rosen Publishing Group | O-074-0253 | 1404233563 | VA 1-297-358 | © Rosen Publishing Group 2006 |

| 13 | | | Earth and Space: The Sun | Full Moon Shining | Rosen Publishing Group | SC-087-0109 | 1404237372 | VA 1-816-720 | © Wayland/Rosen Publishing Group 2008 |

**14**

| The Underground Railroad | Amish Buggy in Upstate New York |
|---|---|
| Rosen Publishing Group | CU-034-0103 |
| 082394008X | VAu 529-623 |

© Rosen Publishing Group 2004

**15**

| At Work: Who's Who in a School Community | Reading For the Teacher |
|---|---|
| Rosen Publishing Group | O-072-0199 |
| 1404227881 | VAu 458-513 |

© Rosen Publishing Group 2005

**16**

| A Look at Books | Middle School Library |
|---|---|
| Rosen Publishing Group | O-074-0255 |
| 9780823988907 | VA 1-297-358 |

© Rosen Publishing Group 2010



**16**

| Writing to Explain | Middle School Library |
| Rosen Publishing Group | O-074-0255 |
| 1404228330 | VA 1-297-358 |
| © Rosen Publishing Group 2006 | |

**17**

| Ghosts and Poltergeists | Haunted House |
| Rosen Publishing Group | MI-103-0102 |
| 1404256776 | VAu 529-623 |
| © Rosen Publishing Group 2006 | |

**18**

| Near and Far at the Beach | Dusky Family Beach Stroll |
| Rosen Publishing Group | PE-117-0271 |
| 0823989119 | VA 1-297-358 |
| © Rosen Publishing Group | |