≊ AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>1:15-cv-07406 | DATE FILED<br>9/18/2015 | United States District Court for the Southern District of New York, New York, NY |
| PLAINTIFF<br>Palmer/Kane LLC | | DEFENDANT<br>Rosen Book Works LLC dba Rosen Publishing Group, Inc. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See Exhibit A to Complaint, attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | . | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>Ruby J Krajick | (BY) DEPUTY CLERK<br>D. Gonzalez | DATE<br>9/21/2015 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

| | | |
|---|---|---|
| | Cool Careers for People Who Love to Organize, Manage and Plan | Longshoremen |
| | Rosen Publishing Group | I-654-0126 |
| | 1404207752X | VA 1-816-720 |
| | © Rosen Publishing Group 2007 | |
| 1 | | |
| | Cool Careers for People Who Love to Organize, Manage and Plan | Longshoremen |
| | Rosen Publishing Group | I-654-0126 |
| | 1404207752X | VA 1-816-720 |
| | © Rosen Publishing Group 2007 | |
| 1 | | |
| | Cool Careers for People Who Love Manga | Woman Drawing on Notepad |
| | Rosen Publishing Group | 42-15209960 |
| | 1404207546 | VA 1-811-724 |
| | © Rosen Publishing Group | |
| 2 | | |

| 3 | Creating A City Park | Young People Cleaning a Meadow |
|---|---|---|
| | Rosen Publishing Group | I-467-0171 |
| | 082398978X | VAu 529-623 |
| | © Rosen Publishing Group 2004 | |

| 4 | Critical Perspectives on Environmental Protection | Workers in Protective Suits Sampling Lake Water |
|---|---|---|
| | Rosen Publishing Group | I-469-0008 |
| | 1404206914 | VAu 529-623 |
| | © Rosen Publishing Group 2007 | |

| 4 | Critical Perspectives on Environmental Protection | Workers in Protective Suits Sampling Lake Water |
|---|---|---|
| | Rosen Publishing Group | I-469-0008 |
| | 1404206914 | VAu 529-623 |
| | © Rosen Publishing Group 2007 | |

| | | |
|---|---|---|
| Extreme Careers Cryptologists | Teacher Calling on Student in Spanish Class | |
| | AX069619 | |
| Rosen Publishing Group | VA 1-297-358 | |
| 0823939650 | | |
| | © Rosen Publishing Group 2004 | |
| Improving Flexability | Teen Ballerina Stretching | |
| | A64AYS | |
| Rosen Publishing Group | VA 1-867-164 | |
| 9781448832996 | | |
| | © Rosen Publishing Group 2011 | |
| Levers in My World | Mother and Daughter Doing Arts and Crafts at Home | |
| | PE-128-0121 | |
| Rosen Publishing Group | VAu 529-623 | |
| 1404233091 | | |
| | © Rosen Publishing Group 2006 | |

5

6

7



| Sedementary Rocks and Rock Cycles | Sandstone Arch in the Valley of Fire |
| --- | --- |
| Rosen Publishing Group | CSM105735 |
| 1404231951 | VA 1-811-724 |
| © Rosen Publishing Group 2006 | |

| Sedementary Rocks and Rock Cycles | Sandstone Arch in the Valley of Fire |
| --- | --- |
| Rosen Publishing Group | CSM105735 |
| 1404231951 | VA 1-811-724 |
| © Rosen Publishing Group 2006 | |

| Taking Action Against Youth Crime | Police Officer with Teen |
| --- | --- |
| Rosen Publishing Group | O-127-0107 |
| 9781435853461 | VAu 529-623 |
| © Rosen Publishing Group 2010 | |

10

10

11

| # | Title | Publisher | Image ID | Registration |
|---|---|---|---|---|
| 11 | Taking Action: How to Get Your City to Build a Public Skate Park | Rosen Publishing Group<br>1404203419<br>© Rosen Publishing Group 2005 | Police Officer with Teen<br>O-127-0107 | VAu 529-623 |
| 12 | The Hoover Dam | Rosen Publishing Group<br>1404233563<br>© Rosen Publishing Group 2006 | Students Working Together<br>O-074-0253 | VA 1-297-358 |
| 13 | Earth and Space: The Sun | Rosen Publishing Group<br>1404237372<br>© Wayland/Rosen Publishing Group 2008 | Full Moon Shining<br>SC-087-0109 | VA 1-816-720 |

| # | Title | ID | Registration | Publisher |
|---|---|---|---|---|
| 14 | The Underground Railroad / Amish Buggy in Upstate New York | CU-034-0103 | VAu 529-623 / 082394008X | Rosen Publishing Group / © Rosen Publishing Group 2004 |
| 15 | At Work: Who's Who in a School Community / Reading For the Teacher | O-072-0199 | VAu 458-513 / 1404227881 | Rosen Publishing Group / © Rosen Publishing Group 2005 |
| 16 | A Look at Books / Middle School Library | O-074-0255 | VA 1-297-358 / 9780823988907 | Rosen Publishing Group / © Rosen Publishing Group 2010 |

| 16 | Writing to Explain | Middle School Library | O-074-0255 | VA 1-297-358 | Rosen Publishing Group | 1404228330 | © Rosen Publishing Group 2006 |
| 17 | Ghosts and Poltergeists | Haunted House | MI-103-0102 | VAu 529-623 | Rosen Publishing Group | 1404256776 | © Rosen Publishing Group 2006 |
| 18 | Near and Far at the Beach | Dusky Family Beach Stroll | PE-117-0271 | VA 1-297-358 | Rosen Publishing Group | 0823989119 | © Rosen Publishing Group |

