Kieran G. Doyle (kgd@cll.com)
Thomas Kjellberg (txk@cll.com)
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY  10036-6799
(212) 790-9200
Attorney for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- x

PALMER/KANE LLC,                                                          :

                Plaintiff,                                         :

             -against-                                                :        Case No. 1:15-cv-07406 (SAS)

ROSEN BOOK WORKS LLC dba ROSEN PUBLISHING                                 :        **NOTICE OF APPEARANCE**
GROUP, INC.,
                                                                     :        FILED ELECTRONICALLY

                Defendant.                                         :

                                                                     :

------------------------------------------------------------------------- x

        PLEASE TAKE NOTICE that the undersigned appears as attorney for defendant Rosen Book Works LLC dba Rosen Publishing Group, Inc. herein, and requests that copies of all papers in this action be served upon him at the address stated below.

Dated:   New York, New York
          October 6, 2015

                              COWAN, LIEBOWITZ & LATMAN, P.C.

                              By:   /s/ Thomas Kjellberg
                                    Thomas Kjellberg

                              1133 Avenue of the Americas
                              New York, New York 10036
                              212-790-9200

                              *Attorney for Defendant*

30702/000/1774894.1