# EXHIBIT C

| Cool Careers for People Who Love to Organize, Manage and Plan | Longshoremen |
|---|---|
| Rosen Publishing Group | I-654-0126 |
| 1404207752X | VA 1-816-720 |
| © Rosen Publishing Group 2007 | |

| Cool Careers for People Who Love to Organize, Manage and Plan | Longshoremen |
|---|---|
| Rosen Publishing Group | I-654-0126 |
| 1404207752X | VA 1-816-720 |
| © Rosen Publishing Group 2007 | |

| Cool Careers for People Who Love Manga | Woman Drawing on Notepad |
|---|---|
| Rosen Publishing Group | 42-15209960 |
| 1404207546 | VA 1-811-724 |
| © Rosen Publishing Group | |

1

1

2

| | | |
|---|---|---|
| Creating A City Park | Critical Perspectives on Environmental Protection | Critical Perspectives on Environmental Protection |
| Young People Cleaning a Meadow | Workers in Protective Suits Sampling Lake Water | Workers in Protective Suits Sampling Lake Water |
| Rosen Publishing Group | Rosen Publishing Group | Rosen Publishing Group |
| I-467-0171 | I-469-0008 | I-469-0008 |
| 082398978X | 1404206914 | 1404206914 |
| VAu 529-623 | VAu 529-623 | VAu 529-623 |
| © Rosen Publishing Group 2004 | © Rosen Publishing Group 2007 | © Rosen Publishing Group 2007 |
| 3 | 4 | 4 |

| Extreme Careers Cryptologists | Teacher Calling on Student in Spanish Class | Improving Flexability | Teen Ballerina Stretching | Levers in My World | Mother and Daughter Doing Arts and Crafts at Home |
|---|---|---|---|---|---|
| Rosen Publishing Group | AX069619 | Rosen Publishing Group | A64AYS | Rosen Publishing Group | PE-128-0121 |
| 0823939650 | VA 1-297-358 | 9781448832996 | VA 1-867-164 | 1404233091 | VAu 529-623 |
| © Rosen Publishing Group 2004 | | © Rosen Publishing Group 2011 | | © Rosen Publishing Group 2006 | |

5

6

7



| | | |
|---|---|---|
| Sedimentary Rocks and Rock Cycles | Sandstone Arch in the Valley of Fire | |
| Rosen Publishing Group | CSM105735 | |
| 1404231951 | VA 1-811-724 | |
| © Rosen Publishing Group 2006 | | |

| | | |
|---|---|---|
| Sedimentary Rocks and Rock Cycles | Sandstone Arch in the Valley of Fire | |
| Rosen Publishing Group | CSM105735 | |
| 1404231951 | VA 1-811-724 | |
| © Rosen Publishing Group 2006 | | |

| | | |
|---|---|---|
| Taking Action Against Youth Crime | Police Officer with Teen | |
| Rosen Publishing Group | O-127-0107 | |
| 9781435853461 | VAu 529-623 | |
| © Rosen Publishing Group 2010 | | |

10

10

11

| # | Title | Image | Publisher | ISBN | Registration | Copyright |
|---|---|---|---|---|---|---|
| 11 | Taking Action: How to Get Your City to Build a Public Skate Park | Police Officer with Teen | Rosen Publishing Group | 1404203419 | O-127-0107 / VAu 529-623 | © Rosen Publishing Group 2005 |
| 12 | The Hoover Dam | Students Working Together | Rosen Publishing Group | 1404233563 | O-074-0253 / VA 1-297-358 | © Rosen Publishing Group 2006 |
| 13 | Earth and Space: The Sun | Full Moon Shining | Rosen Publishing Group | 1404237372 | SC-087-0109 / VA 1-816-720 | © Wayland/Rosen Publishing Group 2008 |

| # | Title | Publisher | ID | Registration | Copyright |
|---|---|---|---|---|---|
| 14 | The Underground Railroad / Amish Buggy in Upstate New York | Rosen Publishing Group | CU-034-0103 / 082394008X | VAu 529-623 | © Rosen Publishing Group 2004 |
| 15 | At Work: Who's Who in a School Community / Reading For the Teacher | Rosen Publishing Group | O-072-0199 / 1404227881 | VA-1-297-358 | © Rosen Publishing Group 2005 |
| 16 | A Look at Books / Middle School Library | Rosen Publishing Group | O-074-0255 / 9780823988907 | VA 1-297-358 | © Rosen Publishing Group 2010 |

| | |
|---|---|
| Writing to Explain | Middle School Library |
| Rosen Publishing Group | O-074-0255 |
| 1404228330 | VA 1-297-358 |
| © Rosen Publishing Group 2006 | |

| | |
|---|---|
| Ghosts and Poltergeists | Haunted House |
| Rosen Publishing Group | MI-103-0102 |
| 1404256776 | VAu 529-623 |
| © Rosen Publishing Group 2006 | |

| | |
|---|---|
| Near and Far at the Beach | Dusky Family Beach Stroll |
| Rosen Publishing Group | PE-117-0271 |
| 0823989119 | VA 1-297-358 |
| © Rosen Publishing Group | |



16

17

18