# EXHIBIT D

**Exhibit B**



**Cover**

**Image**

| 3.1 | "Young People Cleaning a Meadow" |
| | *Creating a City Park* published by Follett Library Resources copyright ©2004 |
| | ISBN 0329600605 |

**Exhibit B**

**Cover**



Photo Credits: Cover © Ariel Skelley/Corbis; p. 5 © Corbis; p. 7 © Ralph A. Clevenger/Corbis; p. 9 © Warren Morgan/Corbis; p. 11 © Richard T. Nowitz/Corbis; p. 13 © Ann-Marie Weber/Corbis; p. 15 © LWA-Dann Tardif/Corbis; p. 17 © Pixland/SuperStock; p. 19 © Van Parys/Corbis Sygma; p. 21 © Mug Shots/Corbis
Contributing Editor: Shira Laskin
Book Design: Michael de Guzman

Library of Congress Cataloging-in-Publication Data

Douglas, Lloyd G.
  My eyes / by Lloyd G. Douglas.
    p. cm.—(My body)
  Includes index.
  Summary: Simple text introduces the functions of the human eye, as well as tools that can help people who have vision problems.
  ISBN 0-516-24060-9 (lib. bdg.)—ISBN 0-516-22127-2 (pbk.)
  1. Eye—Juvenile literature. 2. Vision—Juvenile literature. [1. Eye. 2. Vision. 3. Senses and sensation.] I. Title. II. Series.
  QP475.7.D68 2003
  612.84—dc22
                                                              2003012115

Copyright © 2004 by Rosen Book Works, Inc. All rights reserved.
Published in 2004 by Children's Press, an imprint of Scholastic Library Publishing.
Published simultaneously in Canada.
Printed in the United States of America.

CHILDREN'S PRESS and associated logos are trademarks and or registered trademarks of Scholastic Library Publishing. SCHOLASTIC and associated logos are trademarks and or registered trademarks of Scholastic Inc.

1 2 3 4 5 6 7 8 9 10 R 13 12 11 10 09 08 07 06 05 04

**Image**



| | "Family Watching Falling Star" |
|---|---|
| 19 | *My Eyes* published 2004 by Children's Press, an imprint of Scholastic Library Publishing |
| | ISBN 0516540609 |

**Exhibit B**



**Cover**



**Image**



| 19.1 | "Family Watching Falling Star" |
| --- | --- |
| | *My Eyes* published 9/1/2004 by Turtleback Books |
| | ISBN 1417643943 |

**Exhibit B**



**Cover**

**Image**

| 19.2 | "Family Watching Falling Star" |
| | *My Eyes* published 2009 by Baker and Taylor |
| | ISBN 1442043431 |