UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PALMER/KANE LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>ROSEN BOOK WORKS LLC dba ROSEN PUBLISHING GROUP, INC.,<br><br>*Defendant*. | Case No. 1:15-cv-07406-JSR<br><br>Hon. Jed S. Rakoff |

### DECLARATION OF CLYDE A. SHUMAN IN SUPPORT OF PALMER/KANE LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF COPYRIGHT INFRINGEMENT

I, Clyde A. Shuman, hereby declare and state as follows:

1. I am a partner with the firm of Pearl Cohen Zedek Latzer Baratz LLP, counsel for Plaintiff Palmer/Kane LLC ("Palmer/Kane") in the above-captioned lawsuit against Defendant Rosen Book Works LLC dba Rosen Publishing Group, Inc. ("Rosen").

2. I make this declaration in support of Palmer/Kane's motion for partial summary judgment of copyright infringement.

3. Attached as Exhibit 1 is a true and correct copy of a document produced in discovery by Palmer/Kane, Bates numbered PK-ROSEN_02396.

4. Attached as Exhibit 2 is a true and correct copy of documents produced in discovery by Palmer/Kane relating to the certificate of registration and deposit for Copyright Registration No. VA 1-811-724, Bates numbered PK-ROSEN_02657, PK-ROSEN_02659.

5. Attached as Exhibit 3 is a true and correct copy of documents produced in discovery by Palmer/Kane relating to the certificate of registration and deposit for Copyright Registration No. VA 1-297-358, Bates numbered PK-ROSEN_02545, PK-ROSEN_02593- PK-ROSEN_02595, PK-ROSEN_02612, PK-ROSEN_02631.

6. Attached as Exhibit 4 is a true and correct copy of documents produced in discovery by Rosen relating to the Rosen publication "The Shaping and Reshaping of Earth's Surface: Sedimentary Rocks and the Rock Cycle," Bates numbered Rosen000592- Rosen000594.

7. Attached as Exhibit 5 is a true and correct copy an invoice produced in discovery by Rosen, Bates numbered Rosen000600- Rosen000601.

8. Attached as Exhibit 6 is a true and correct copy of a spreadsheet produced in discovery by Rosen, Bates numbered Rosen000609- Rosen000612.

9. Attached as Exhibit 7 is a true and correct copy of a Corbis Corporation Invoice and License Agreement produced in discovery by Rosen, Bates numbered Rosen000632- Rosen000634.

10. Attached as Exhibit 8 is a true and correct copy of documents produced in discovery by Rosen relating to the Rosen publication "The Hoover Dam," Bates numbered Rosen000696- Rosen000701.

11. Attached as Exhibit 9 is a true and correct copy of an invoice produced in discovery by Rosen, Bates numbered Rosen000712- Rosen000713.

12. Attached as Exhibit 10 is a true and correct copy of a spreadsheet produced in discovery by Rosen, Bates numbered Rosen000717- Rosen000720.

13.     Attached as Exhibit 11 is a true and correct copy of a Corbis Corporation Invoice and License Agreement produced in discovery by Rosen, Bates numbered Rosen000740- Rosen000741.

14.     Attached as Exhibit 12 is a true and correct copy of documents produced in discovery by Rosen relating to the Rosen publication "Who's Who in a School Community," Bates numbered Rosen000048- Rosen000053.

15.     Attached as Exhibit 13 is a true and correct copy of invoices produced in discovery by Rosen, Bates numbered Rosen000054- Rosen000062.

16.     Attached as Exhibit 14 is a true and correct copy of a spreadsheet produced in discovery by Rosen, Bates numbered Rosen000066- Rosen000069.

17.     Attached as Exhibit 15 is a true and correct copy of a Corbis Corporation Invoice and License Agreement produced in discovery by Rosen, Bates numbered Rosen000072- Rosen000073.

18.     Attached as Exhibit 16 is a true and correct copy of documents produced in discovery by Rosen relating to the Rosen publication "A Look at Books," Bates numbered Rosen000001- Rosen000003.

19.     Attached as Exhibit 17 is a true and correct copy of a Corbis Corporation Invoice and License Agreement produced in discovery by Rosen, Bates numbered Rosen000004.

20.     Attached as Exhibit 18 is a true and correct copy of invoices produced in discovery by Rosen, Bates numbered Rosen000015- Rosen0000024, Rosen000032- Rosen0000033.

21.     Attached as Exhibit 19 is a true and correct copy of a spreadsheet produced in discovery by Rosen, Bates numbered Rosen000025- Rosen000028.

22. Attached as Exhibit 20 is a true and correct copy of documents produced in discovery by Rosen relating to the Rosen publication "Near and Far at the Beach," Bates numbered Rosen000523- Rosen000525.

23. Attached as Exhibit 21 is a true and correct copy of a spreadsheet produced in discovery by Rosen, Bates numbered Rosen000526- Rosen000529.

24. Attached as Exhibit 22 is a true and correct copy of invoices produced in discovery by Rosen, Bates numbered Rosen000530- Rosen0000545, Rosen000549- Rosen0000553, Rosen000557- Rosen0000572, Rosen000583- Rosen0000585.

25. Attached as Exhibit 23 is a true and correct copy of a Corbis Corporation Invoice and License Agreement produced in discovery by Rosen, Bates numbered Rosen000575.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   June 27, 2016                              _____/s/ Clyde A. Shuman_____
                                                                        Clyde A. Shuman

## **CERTIFICATE OF SERVICE**

I certify that on June 27, 2016, I served the foregoing DECLARATION OF CLYDE A. SHUMAN IN SUPPORT OF PALMER/KANE LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF COPYRIGHT INFRINGEMENT on Defendant via the Court's ECF filing system to Defendant's counsel of record addressed as follows:

>Thomas Kjellberg (txk@cll.com)
>Kieran G. Doyle (kgd@cll.com)
>COWAN, LIEBOWITZ & LATMAN, P.C.
>114 West 47th Street
>New York, NY 10036-1525
>(212) 790-9200
>
>Counsel for Defendant Rosen Book Works LLC dba Rosen Publishing Group, Inc.

>*/s/ Clyde A. Shuman*____
>Clyde A. Shuman